Lizzie M. Blohm, as Administratrix, etc., of Rudolph D. Blohm, Deceased, Appellant, v. T. A. Gillespie Company, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Blanche J. Ferber, Appellant, v. India Wharf Brewing Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

In the Matter of Edgar H. Hazelwood, an Attorney.— The acceptance of a retainer, against the interests of the estate for which respondent was acting as attorney, was a grave breach of his professional obligations. Had not the executrix been restored to her original position by the repayment of all the estate funds, respondent would be subject to the penalty of suspension. However, in view of his deposit to the credit of the executrix of $1,207.60 — the full subject-matter distributed by respondent in the alleged settlement — a payment made with large loss to himself — showing respondent's efforts in good faith to make full amends; and having regard also to the public criticism which he has received, and the warning for the future which this indiscretion will furnish, no further penalty or discipline will be imposed. Present — Jenks, P. J., Carr, Stapleton and Putnam, JJ.; Burr, J., taking no part.

In the Matter of Whitmel H. Smith, an Attorney.— Motion granted. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Max A. Katske, Appellant, v. Nathan Sobel, Respondent.— Motion to dismiss appeal granted, with costs, on the consent filed. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Malcolm Ross Matheson, as Substituted Trustee, etc., Plaintiff, v. Ottilie Mente and Others, Defendants.— Motion to dismiss appeal from the order of the Special Term (Mr. Justice Scudder) denied, without prejudice to an application to renew at the May term of the court. Motion to dismiss appeal from the order of the Special Term (Mr. Justice Kelly) denied. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Metta F. Merchant, Respondent, v. George M. Ryall, Appellant, and Others.— Motion denied, without costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. Joseph Fegelli, Appellant.— Motion to dismiss appeal granted, upon the ground that no merits are shown, as required by the special rule of this court;* but without prejudice to an application to be relieved from the order of dismissal, upon the presentation of proper papers. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

---

* See App. Div. Rules, 2d Dept., Special Rule.— [REP.